# Court of Appeals
# of the State of Georgia

ATLANTA, July 11, 2018

*The Court of Appeals hereby passes the following order:*

**A18I0258. NARENDRA K. NAGAREDDY v. THE STATE.**

Narendra K. Nagareddy has been indicted for several counts of felony murder, unauthorized distribution of a controlled substance, and sexual assault by a practitioner of psychotherapy against a patient. Nagareddy filed an application for interlocutory review in this Court, seeking review of the trial court's order denying his motion to dismiss the indictment.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 17-10-30 (b); *State v. Murray*, 286 Ga. 258, 259 (1) (687 SE2d 790) (2009) (if the murder count of the indictment remains pending below, jurisdiction of the appeal lies in the Supreme Court). Accordingly, Nagareddy's application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 07/11/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*